

## 11-50200 -- Fw: Itinerary for CURTIS EGERTON CHANCE on 7/21/11 to Georgetown Guyana (IGBKJN)

Debby Laine   to: Karyn Holak                                          07/01/2011 03:49 PM

From:   Debby Laine/CA05/05/USCOURTS
To:     Karyn Holak/CA05/05/USCOURTS@USCOURTS

**FYI**

*Debby Laine*
*Case Administrator*
*Staff Attorneys' Office*
*U. S. Court of Appeals*
*Fifth Judicial Circuit*
*504-310-8408*
----- Forwarded by Debby Laine/CA05/05/USCOURTS on 07/01/2011 03:48 PM -----

| From: | Thomas Rodwig/CA05/05/USCOURTS |
|---|---|
| To: | Debby Laine/CA05/05/USCOURTS@USCOURTS |
| Date: | 07/01/2011 03:20 PM |
| Subject: | Fw: Itinerary for CURTIS EGERTON CHANCE on 7/21/11 to Georgetown   Guyana (IGBKJN) |

11-50200 The one I emailed about yesterday.
----- Forwarded by Thomas Rodwig/CA05/05/USCOURTS on 07/01/2011 03:19 PM -----

| From: | Thomas Rodwig/CA05/05/USCOURTS |
|---|---|
| To: | Thomas Rodwig/CA05/05/USCOURTS@USCOURTS |
| Date: | 06/30/2011 04:28 PM |
| Subject: | Fw: Itinerary for CURTIS EGERTON CHANCE on 7/21/11 to Georgetown   Guyana (IGBKJN) |

----- Forwarded by Thomas Rodwig/CA05/05/USCOURTS on 06/30/2011 04:28 PM -----

| From: | "Anderson, Gary (USATXW)" <Gary.Anderson@usdoj.gov> |
|---|---|
| To: | <Thomas_Rodwig@ca5.uscourts.gov> |
| Date: | 06/30/2011 04:02 PM |
| Subject: | FW: Itinerary for CURTIS EGERTON CHANCE on 7/21/11 to Georgetown   Guyana (IGBKJN) |

```
-----Original Message-----
From: Adams, Justin F [mailto:justin.adams@dhs.gov]
Sent: Monday, June 27, 2011 1:46 PM
To: Anderson, Gary (USATXW)
Cc: Adams, Justin F
Subject: FW: Itinerary for CURTIS EGERTON CHANCE on 7/21/11 to
Georgetown Guyana (IGBKJN)

FYI - flight itinerary for Curtis Chance, scheduled to depart U.S. on
7/21/11.

Justin Adams
Deputy Chief Counsel
San Antonio, TX

-----Original Message-----
From: Challes, Timothy K [mailto:timothy.challes@dhs.gov]
```

Sent: Monday, June 27, 2011 1:24 PM
To: Adams, Justin F
Subject: FW: Itinerary for CURTIS EGERTON CHANCE on 7/21/11 to Georgetown Guyana (IGBKJN)

Travel itinerary for Chance.  07/21/11

v/r

Timothy K. Challes
Deportation Officer
ICE/DHS
566 Veterans Dr.
Pearsall, TX. 78061
Ph#    (210) 231-4652
Fax# (210) 231-4639

-----Original Message-----
From: SNASTDCTRAVEL
Sent: Monday, June 27, 2011 9:25 AM
To: Challes, Timothy K
Subject: FW: Itinerary for CURTIS EGERTON CHANCE on 7/21/11 to Georgetown Guyana (IGBKJN)


Raul Villarreal

Immigration Enforcement Agent

Removal Coordination Unit

South Texas Detention Complex

U.S. Immigration and Customs Enforcement

Office: 210-231-4625

E-mail: raul.villarreal@dhs.gov

See full size image




-----Original Message-----
From: Omega World Travel [mailto:megaassuresa@omegaworldtravel.com]
Sent: Monday, June 27, 2011 8:47 AM
To: SNASTDCTRAVEL
Subject: Itinerary for CURTIS EGERTON CHANCE on 7/21/11 to Georgetown Guyana (IGBKJN)


Omega World Travel
325 White St   Suite 200
Jacksonville, NC 28546
Phone:(888)451-8777
Monday, 27JUN201109:46 AMEDT

Passengers: CURTIS EGERTON CHANCE (DEPA) Agency Reference Number: IGBKJN

Login for Mobile Flight Updates:
http://owt.net/mobile/Instructions-TripCase.asp - Travel Today:
http://owt.net/flight/
Please do not reply to this email. This is an unattended email box.
Omega World Travel must be notified within 24 hours regarding
corrections. Thank you.

Fare Quote: 2258.80 USD
Fares are not guaranteed until ticketed. The quoted fare does not
include any applicable service fees.

**FARE IS 2258.80 AT THIS TIME***
***ETKT WILL BE ISSD 29JUN***

```
AIR         Thursday, 21JUL2011
            Delta Air Lines                         Flight Number: 2068
Class: Y-Coach/Economy
            From: (SAT) San Antonio TX, USA         Depart: 07:15 AM
            To: (JFK) New York Kennedy NY, USA      Arrive: 11:49 AM
            Stops: 0                                Duration: 3 hour(s)
34 minute(s)
            Seats:                                  Status: CONFIRMED
Miles: 1579
            Equipment: Airbus Jet                   Meal: FOOD FOR
PURCHASE
            DEPARTS SAT TERMINAL A - ARRIVES JFK TERMINAL 3
            SEATS ARE AIRPORT CHECKIN ONLY
            Delta Air Lines Confirmation number is GVGA3K

            Check in on-line for Delta:
http://www.delta.com/traveling_checkin/index.jsp
```

-----------------------------------------------------------------------------

```
AIR         Thursday, 21JUL2011
            Bwia International                      Flight Number: 0523
Class: Y-Coach/Economy
            From: (JFK) New York Kennedy NY, USA    Depart: 05:40 PM
            To: (GEO) Georgetown, Guyana            Arrive: 01:35
AM22JUL
            Stops: 1                                Duration: 6 hour(s)
5 minute(s)
            Seats:                                  Status: CONFIRMED
Miles: 2566
            Equipment: Boeing 737-800 Jet           Meal: SNACK
            DEPARTS JFK TERMINAL 4
            SEATS ARE AIRPORT CHECKIN ONLY
            Bwia International Confirmation number is M454R
```

-----------------------------------------------------------------------------

OTHER       Sunday, 1APR2012

```
                THANK YOU FOR BOOKING WITH OMEGA WORLD TRAVEL-EMILY
```
---

```
FOR TRAVEL ASSISTANCE DURING THE DAY-CALL 877-325-5008
FOR AFTER HOURS EMERGENCY ASSISTANCE CALL 888-451-8777
 -OR- 414-409-4892..ADVISE ID CODE..S-SW7F-FTDRO
 -OR- ..ADVISE ID CODE..S-SW7F-DROALI
TO REPORT PHONE LINE PROBLEMS PLEASE CALL 866-517-8043
***********************************************
*PLEASE BE ADVISED THIS FARE IS NOT GUARANTEED UNTIL
*TICKET HAS BEEN ISSUED.THIS FARE IS SUBJECT TO CHANGE
*IT MAY ALSO REQUIRE SPECIFIC TICKETING TIME LIMITS
*AND OTHER RESTRICTIONS AS SPECIFIED BY THE CARRIER
**THANK YOU.**
***********************************************
***************ATTN PASSENGER***************
ON INTERNATIONAL TICKETS, ANY DEVIATION FROM
TICKETED AIR CARRIERS COULD RESULT IN AN INCREASE
IN AIRFARE AND MAY WARRANT A NEW TICKET TO BE
ISSUED.  PLEASE RECONFIRM ALL INTERNATIONAL
FLIGHTS 72 HOURS PRIOR TO DEPARTURE WITH THE
CARRIER.

DUE TO HIGHTENED SECURITY PROCEDURES, YOU MUST
CHECK IN FOR INTL FLIGHTS AT LEAST 3 HOURS PRIOR
TO DEPARTURE.

***************TRAVEL ADVISORY***************
IT IS THE TRAVELERS RESPONSIBILITY TO ASSURE
ALL DOCUMENTS SUCH AS PASSPORTS AND VISAS AND
ANY HEALTH REQUIREMENTS HAVE BEEN OBTAINED
PRIOR TO DEPARTURE.
```

Be sure to check out our TravelFaxx: http://www.travelfaxx.com/ for the latest travel news.

Visit us at Cruise.com: http://www.cruise.com

Changes to airline reservations may result in an increase in fare and/or carrier penalties.
Tickets not used or not changed on/before the ticketed departure date are invalid and have no value.

If you are traveling internationally:
Please verify the validity of your passport and any visa requirements.
Image: Passport32x32rbg2.gifidth="32" height="32" />Click Here:
http://www.cibt.com/home.aspx?Login=44785 PASSPORT and VISA - Get it

now.


ItineraryIGBKJN_27JUN.pdf